```
FILED
CLERK, U.S. DISTRICT COURT
2/11/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLAS RODRIGUEZ,<br>    aka "Nicholas Rodriguez,"<br>    aka "Lil Duke Rodriguez,"<br>    aka "Duke Moniker,"<br>    aka "Duke X,"<br><br>    Defendant. | CR No. 2:25-CR-00097-TJH<br><br>I N D I C T M E N T<br><br>[8 U.S.C. §§ 1326(a), (b)(1), (b)(2): Alien Found in the United States Following Deportation] |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(1), (b)(2)]

On or about November 4, 2023, defendant NICOLAS RODRIGUEZ, also known as ("aka") "Nicholas Rodriguez," aka "Lil Duke Rodriguez," aka "Duke Moniker," aka "Duke X," an alien, who had been officially deported and removed from the United States on or about December 7, 2000, and November 22, 2005, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated

1  successor, the Secretary of Homeland Security, to reapply for
2  admission to the United States following deportation and removal.
3      Defendant RODRIGUEZ's previously alleged deportations and
4  removals from the United States occurred subsequent to defendant
5  RODRIGUEZ's conviction for an aggravated felony, namely, Voluntary
6  Manslaughter, in violation of California Penal Code Section 192(a),
7  on or about March 13, 1996, in the Superior Court of the State of
8  California, County of Los Angeles, Case Number TA032765, for which
9  defendant was sentenced to seven years of imprisonment.
10     At least one of defendant RODRIGUEZ's previously alleged
11 deportations and removals from the United States also occurred
12 subsequent to defendant RODRIGUEZ's conviction for a felony, namely,
13 Possession of a Controlled Substance, in violation of California
14 Health & Safety Code Section 11377(a), on or about January 7, 2003,
15 in the Superior Court for the State of California, County of Los
16 //
17 //

Angeles, Case Number VA071994, for which defendant was sentenced to four years of imprisonment.

                                        A TRUE BILL

                                        /S/
                                        Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*[signature: Frances D. Lewis]*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

ALEXANDRA SLOAN KELLY
Assistant United States Attorney
General Crimes Section